No: 22-2252

Nyynkpao Banyee

Appellee

v.

Merrick B. Garland, U.S. Attorney General, et al.

Appellants

Eric Holien, Sheriff, Kandiyohi County

------------------------------

Constitutional Accountability Center, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01817-WMW)

---

**ORDER**

The appellants' motion for an extension of time within which to respond to appellee's petition for rehearing en banc is granted. Appellants' response is due January 16, 2025.

December 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik