# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2252

Nyynkpao Banyee

Appellee

v.

Pamela Bondi, U.S. Attorney General, et al.

Appellants

Eric Holien, Sheriff, Kandiyohi County

------------------------------

Constitutional Accountability Center, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01817-WMW)

---

**ORDER**

Before BENTON, GRASZ, and STRAS, Circuit Judges.

      The Motion for Vacatur Based on Mootness is denied. This case presents a constitutional due-process claim that does not become moot because the statute under which Petitioner-Appellee is being held has changed. The underlying constitutional claim remains the same. Closely related, this court could still release Petitioner-Appellee from detention if his due-process rights had been violated. And, Petitioner-Appellee's petition for review of his removal order, if successful, would place his detention right back into 8 U.S.C. § 1226(c), the provision this court previously considered.

      February 12, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik

Appellate Case: 22-2252    Page: 2    Date Filed: 02/12/2025 Entry ID: 5484949