No. 22-2252

# In the United States Court of Appeals for the Eighth Circuit

**NYYNKPAO BANYEE**,
*Petitioner-Appellee,*

v.

**MERRICK B. GARLAND**, Attorney General of the United States; **ALEJANDRO MAYORKAS**, Secretary, Department of Homeland Security; **TAE D. JOHNSON**, Acting Director, Immigration and Customs Enforcement; **Marcos Charles**, Director, St. Paul Field Office, Immigration and Customs Enforcement
*Respondents-Appellants.*

On appeal from a final judgment of the United States District Court for the District of Minnesota, Case No. 21-1817 (WMW/BRT)

## APPELLANTS' CORRECTED CERTIFICATE OF SERVICE FOR APPENDIX

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | District Court Section<br>Office of Immigration Litigation<br><br>U.S. Department of Justice<br>P.O. Box 868 |
| WILLIAM C. PEACHEY<br>Director | Ben Franklin Station<br>Washington, D.C. 20044<br>202-353-5639 |
| WILLIAM SILVIS<br>Assistant Director | sarah.t.chambers2@usdoj.gov<br><br>*Counsel for Respondents-Appellants* |
| SARAH TATE CHAMBERS<br>Trial Attorney | |

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I served a copy of the appendix in accordance with the provisions of Fed. R. App. P. 25(c)(1) to the Plaintiff at:

John Robert Bruning

The Advocates for Human Rights

330 Second Avenue S

Suite 800

Minneapolis, MN 55401

      *s/ Sarah Tate Chambers*
SARAH TATE CHAMBERS
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice